AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
для the Eastern District of Missouri

Shaunta C. Crosby

*Petitioner*

v.

H.L. Ray, Warden

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 4:20-CR-00098-HEA(3)
*(Supplied by Clerk of Court)*

RECEIVED JAN 23 2023 BY MAIL

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Shaunta C. Crosby
   (b) Other names you have used: n/a
2. Place of confinement:
   (a) Name of institution: Hazelton (Secured Female Facility)
   (b) Address:

   (c) Your identification number: 49949-044
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: United States District Court Eastern District of Missouri
      (b) Docket number of criminal case: 4:20-CR-00098-HEA(3)
      (c) Date of sentencing: 05/26/2022
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

- ☐ Pretrial detention
- ☐ Immigration detention
- ☐ Detainer
- S.C ☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- ☒ Other (explain):

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: United States Eastern District of Missouri
   (b) Docket number, case number, or opinion number: 4:20-CR-00098-HEA(3)
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): The service of sentence begin date was not calculated properly on my computation sheet (start date 02/18/2020
   (d) Date of the decision or action: May 26, 2022

   **Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   YES C. Did you appeal the decision, file a grievance, or seek an administrative remedy?
   S. ☒ Yes        ☒ No
   S.C.
   (a) If "Yes," provide:    S.C.
       (1) Name of the authority, agency, or court: Hazelton SFF - Case Manager/Mrs. Lakes, and FBOP Regional Office - DSCC (Grand Prairie
       (2) Date of filing: 11/05/22, 12/20/22
       (3) Docket number, case number, or opinion number: 4:20-CR-00098-HEA(3)
       (4) Result: no response, no response
       (5) Date of result:
       (6) Issues raised: miscalculated time, currently service of sentence start date shows 03/26/2021. It should be 02/18/2020 pretrial granted by judge at sentencing

   (b) If you answered "No," explain why you did not appeal: I never filed any appeals because my attorney Paul Sim advised me not to, that it could lead to being sentenced to more time.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☐ No        n/a

Page 3 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court:

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes       ☐ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court:

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes       ☒ No    No s.c.
If "Yes," answer the following:
(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
      ☐ Yes       ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No
If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

Page 6 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

~~01/21/22~~ S.C.    01/10/23

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 01/10/23

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*